```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3029 |
| v. | ) | |
| | ) | |
| BOBBIE D. DORMAN, | ) | |
| JEFFREY D. MATTSON, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED,

Defendants' motions for time, filings 23 and 24, are granted and the deadline as to the above-named defendants for filing pretrial motions is extended to May 10, 2005.

DATED this 27th day of April, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge