IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA


| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 4:05CR3029-2 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BOBBIE D. DORMAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The government has moved to dismiss Count I of the Information as it pertains to Bobbie D. Dorman, filing #58.  Accordingly, said Count I of the Information as it pertains to Bobbie D. Dorman only is dismissed.

IT IS SO ORDERED this 12th day of August, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge